Lottie Zagar, Plaintiff-Appellant, v. Nathan M. Gomberg, Defendant-Appellee,

and

Lottie Zagar, Plaintiff-Appellant, v. Bruno Zagar and Mary Hooton, Defendants-Appellees.

Gen. No. 53,086. 

First District, First Division.

September 18, 1970.

Rehearing denied November 12, 1970.

Lottie A. Zagar, pro se, of Chicago, appellant; Sidney D. Missner, of Chicago, for appellee. Opinion by JUSTICE SMITH. **Not to be published in full.**